IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


EDVIN AVDIC,

    Petitioner,

v.                                                                                    4:13cv314-WS

U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT,

    Respondent.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 30, 2013.  See Doc. 3.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction.  The petitioner has filed no objections to the report and recommendation.

The court having determined that the report and recommendation should be adopted, it is ORDERED:

    1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

    2.  The petitioner's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.

4. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this __2nd__ day of ____July____, 2013.

                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITE D STATES DISTRICT JUDGE